Donyell M. Thompson, Esq.
Office of the Solicitor
U.S. Department of Labor
201 Varick Street, Room 983
New York, New York 10014
Tel. (212) 337-2119
DMT (1603)

**RECEIVED**

**JUL 1 8 2008**

AT 8:30_____M
WILLIAM T. WALSH
CLERK

SOL:DMT
(07) 01454

UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW JERSEY
-------------------------------------------------

ELAINE L. CHAO, Secretary of Labor,    :
United States Department of Labor,
                                       :    Civil Action No. 07-5739 (JAP)
          Petitioner,
                                       :
    v.
                                       :
DEVELOPED DATA SYSTEMS, INC.

    &                                  :

ELMER BEAN
                                       :
          Respondent.
-------------------------------------------------

## ORDER

AND NOW, this ___17th___ day of ___July___, 2008, upon consideration of Petitioner's Motion for Extension, it is hereby ORDERED that Respondent shall either (1) produce all documents within their possession, custody or control that are responsive to the administrative subpoenas *duces tecum* issued on March 30, 2007 and April 3, 2007 no later than ___August 8, 2008___; or (2) submit a written response to Petitioner indicated that they searched for all responsive documents in their possession, custody or control and were unable to obtain any documents other than those already produced no later than ___August 8, 2008___;

and it is further

ORDERED that the failure of Respondents to comply with this Order may result in the imposition of sanctions, including a contempt hearing; and it is further

ORDERED that Petitioner shall serve a copy of this Order on Respondents forthwith in any manner showing proof of service; and it is further

ORDERED that Petitioner shall alert this Court immediately in writing once Respondents have complied with this Order by producing all documents responsive to the aforementioned subpoenas; and it is further

ORDERED that the Clerk of the Court terminate this Motion accordingly [ Docket Entry No. 6 ]

DATED:
      Trenton, New Jersey

                                    HONORABLE TONIANNE J. BONGIOVANNI
                                    UNITED STATES MAGISTRATE JUDGE